**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kia Nichele Williams            CHAPTER 13
           Debtor(s)

BKY. NO. 25-15018 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

       Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
18 Dec 2025, 13:46:38, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: de55b8306ec130fe1faedd95e2d580bcf1e62ab953696eeb4f6fdb97d265885e