United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kia Nichele Williams  
    Debtor

Case No. 25-15018-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Dec 23, 2025      Form ID: 309I      Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kia Nichele Williams, 519 E 11th Street, Northampton, PA 18067-1742 |
| 15081901 | + | Borough of Northampton, 1401 Laubach Ave, Northampton, PA 18067-1677 |
| 15085361 | + | Borough of Northampton, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15081908 | + | Craig H. Fox, Esquire, 700 East Main St - Ste 200, Norristown, PA 19401-4122 |
| 15081924 | + | Portnoff Law Associates Ltd, P.O. Box 391, Norristown, PA 19404-0391 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ecfnotices@laputkalaw.com | Dec 24 2025 00:38:00 | CHARLES LAPUTKA, Laputka Law Office, 1344 W. Hamilton St., Allentown, PA 18102 |
| tr | | Email/Text: Info@ReadingCh13.com | Dec 24 2025 00:38:02 | SCOTT F. WATERMAN [Chapter 13], Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 24 2025 00:38:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 24 2025 00:38:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Dec 24 2025 00:38:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15085327 | + | EDI: TCISOLUTIONS.COM | Dec 24 2025 05:36:00 | Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 15081902 | + | EDI: CAPITALONE.COM | Dec 24 2025 05:36:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15081903 | + | EDI: CAPONEAUTO.COM | Dec 24 2025 05:36:00 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 15081904 | + | Email/Text: bankruptcy@cavps.com | Dec 24 2025 00:38:00 | Cavalry Portfolio Service, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 15081905 | ^ | MEBN | Dec 24 2025 00:36:44 | ChimeFin/Stride Bank, PO Box 3448, Enid, OK 73702-3448 |
| 15081906 | + | Email/Text: bankruptcycollections@citadelbanking.com | Dec 24 2025 00:38:00 | Citadel FCU, 40 N Bailey Road, Thorndale, PA 19372-1026 |
| 15081909 | | EDI: CRFRSTNA.COM | Dec 24 2025 05:36:00 | Crdt First, 6275 Eastland Road, Brookpark, OH 44142-1399 |
| 15081910 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 24 2025 00:49:10 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 23, 2025 | Form ID: 309I | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| 15081911 | + | Email/Text: dht@pacollections.com | Dec 24 2025 00:38:00 | Demetrios H. Tsarouhis, Esquire, 21 S 9th Street, Suite 200, Allentown, PA 18102-4861 |
| 15081912 | | EDI: IRS.COM | Dec 24 2025 05:36:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15081913 | + | EDI: CAPITALONE.COM | Dec 24 2025 05:36:00 | Kohls/Capital One, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 15081914 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 24 2025 00:49:07 | LVNV Funding LLC, 55 Beattie Place, Greenville, SC 29601-2165 |
| 15081919 | | Email/Text: ml-ebn@missionlane.com | Dec 24 2025 00:38:00 | Mission Lane Tab Bank, 101 2nd Street Suite 350, San Francisco, CA 94105 |
| 15081915 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 24 2025 00:38:00 | Mariner Finance, 8110 Corporate Drive, Nottingham, MD 21236-5034 |
| 15081916 | ^ | MEBN | Dec 24 2025 00:36:36 | Mariner Finance LLC, 5802 E Virginia Beach BLVD, Norfolk, VA 23502-2483 |
| 15081917 | + | Email/Text: MDSBankruptcies@meddatsys.com | Dec 24 2025 00:38:00 | Medical Data Systems Inc, 128 W Center Ave - 2nd Floor, Sebring, FL 33870-3103 |
| 15081918 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 24 2025 00:38:00 | Midland Credit Management, 350 Camino Del La Reina - Ste 100, San Diego, CA 92108-3007 |
| 15081920 | + | Email/Text: bnc@nordstrom.com | Dec 24 2025 00:38:02 | Nordstrom/TD Bank USA, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 15081921 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 24 2025 00:49:10 | Ollo/Ally, 1511 Friendship Road, Jefferson City, MO 65101-8703 |
| 15081923 | | EDI: PRA.COM | Dec 24 2025 05:36:00 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 15084428 | | EDI: PENNDEPTREV | Dec 24 2025 05:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15081922 | + | Email/PDF: ebnotices@pnmac.com | Dec 24 2025 00:49:15 | Pennymac Loan Services LLC, 6101 Condor Dr - Ste 200, Moorpark, CA 93021-2602 |
| 15081928 | | EDI: SYNC | Dec 24 2025 05:36:00 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 15081925 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 24 2025 00:49:10 | Secretary of Housing & Urban Development, 451 Seventh Street SW, Washington, DC 20410-8000 |
| 15081926 | + | Email/Text: hello@sparrowcard.com | Dec 24 2025 00:38:00 | Sparrow Financial, Inc/Evolve, 8985 S Eastern Ave - Ste 140, Las Vegas, NV 89123-4896 |
| 15081927 | ^ | MEBN | Dec 24 2025 00:36:58 | St Lukes University Health Network, 801 Ostrum St, Bethlehem, PA 18015-1000 |
| 15081929 | + | EDI: PHINGENESIS | Dec 24 2025 05:36:00 | TBOM MIL, PO Box 4499, Beaverton, OR 97076-4499 |
| 15081930 | + | EDI: WTRRNBANK.COM | Dec 24 2025 05:36:00 | TD Bank/Target Credit, 7000 Target Parkway N, Mail Stop NCD-045, Brooklyn Park, MN 55445-4301 |
| 15081931 | + | EDI: TCISOLUTIONS.COM | Dec 24 2025 05:36:00 | Total Select/TBOM, Total Select, PO Box 85860, Sioux Falls, SD 57118-5860 |
| 15082203 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 24 2025 00:49:10 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 15081907 | | EDI: G2RSVELOCITY | Dec 24 2025 05:36:00 | CKS Prime Investments LLC, 1800 Route 34 N, Building 3 - Ste 305, Belmar, NJ 07719 |
| 15081907 | | Email/Text: bnc_4301@velocityrecoveries.com | Dec 24 2025 00:38:00 | CKS Prime Investments LLC, 1800 Route 34 N, Building 3 - Ste 305, Belmar, NJ 07719 |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 23, 2025 | Form ID: 309I | Total Noticed: 41 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 25, 2025        Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Kia Nichele Williams ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Borough of Northampton jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Kia Nichele Williams <br> First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–3337 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: <br> EIN: | _ _ _ _ <br> _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: | 13    12/9/25 |
| Case number: | 25–15018–pmm | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case    10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kia Nichele Williams | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 519 E 11th Street <br> Northampton, PA 18067 | |
| 4. | **Debtor's attorney** <br> Name and address | CHARLES LAPUTKA <br> Laputka Law Office <br> 1344 W. Hamilton St. <br> Allentown, PA 18102 | Contact phone (610) 477–0155 <br> Email: ecfnotices@laputkalaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | SCOTT F. WATERMAN [Chapter 13] <br> Chapter 13 Trustee <br> 2901 St. Lawrence Ave. <br> Suite 100 <br> Reading, PA 19606 | Contact phone (610) 779–1313 <br> Email: ECFMail@ReadingCh13.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court <br> Office of the Clerk, Gateway Building <br> 201 Penn Street, 1st Floor <br> Reading, PA 19601 | Hours open: <br> Philadelphia Office –– 9:00 A.M. to 4:00 P.M; <br> Reading Office –– 9:00 A.M. to 4:00 P.M. <br><br> Contact phone (610)2085040 <br><br> Date: 12/23/25 |

**For more information, see page 2**

Official Form 309I    **Notice of Chapter 13 Bankruptcy Case**    page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 20, 2026 at 1:15 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>Time is approximate. Due to the nature of these meetings, some may run longer than others. Please stay connected until the meeting is called. | **Location:**<br>**The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (484) 309–8709, Enter Meeting ID 503 796 7663, and Passcode 4545941595**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/21/26** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/17/26** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/7/26** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The debtor shall serve the plan on parties pursuant to Local Rule 3015–2. The hearing on confirmation will be held on:<br>**2/26/26** at **10:00 AM** , Location: **Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |