UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    Chapter 13
    Kia Nichele Williams                              Bankruptcy No.25-15018-PMM


          Debtor

CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 30th day of March, 2026, by first class mail upon those listed below:


Kia Nichele Williams
519 E 11th Street
Northampton, PA  18067

**Electronically via CM/ECF System Only:**

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN, PA  18102


                              */s/ Kristen Gliem*
                              Kristen Gliem
                              for
                              Scott F. Waterman, Esquire
                              Standing Chapter 13 Trustee