Certificate Number: 17082-PAE-DE-040830754

Bankruptcy Case Number: 25-15018



17082-PAE-DE-040830754

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 4, 2026, at 6:40 o'clock AM MST, KIA N WILLIAMS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: April 8, 2026            By: /s/MARY MILLER

Name: MARY MILLER

Title: Certified Credit Counselor