United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 25-15018-pmm

Kia Nichele Williams                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 13, 2026 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kia Nichele Williams, 519 E 11th Street, Northampton, PA 18067-1742 |
| cr | + | Borough of Northampton, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 14 2026 01:44:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 14 2026 01:44:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 14 2026 01:49:48 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2026                         Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2026 at the address(es) listed below:**

**Name                        Email Address**

CHARLES LAPUTKA

District/off: 0313-4                                      User: admin                                      Page 2 of 2

Date Rcvd: Jul 13, 2026                                  Form ID: pdf900                                  Total Noticed: 5

on behalf of Debtor Kia Nichele Williams ecfnotices@laputkalaw.com
jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

Elizabeth Trachtman

on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. 200 Eagle Road, Bldg 2, Suite 120 Wayne, PA
19087 ANHSOrlans@InfoEx.com

Elizabeth Trachtman

on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A ANHSOrlans@InfoEx.com

GARRETT M. WILSON

on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A ANHSOrlans@InfoEx.com

JAMES RANDOLPH WOOD

on behalf of Creditor Borough of Northampton jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

MAGGIE S SOBOLESKI

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

MATTHEW K. FISSEL

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Kia Nichele Williams,        :        Chapter 13
        Debtor        :

      :        Case No.   25-15018-pmm

      :

      :

ORDER SETTING DEADLINE FOR FILING OF STIPULATION

AND NOW, upon consideration of the Motion for Relief from Stay (doc. #26, the

"Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #30);

AND, the parties having reported the matter settled with a stipulation memorializing the

settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby ORDERED that:

1.  On or before August 12, 2026, the parties shall either file the Stipulation or file a notice

relisting the Motion for hearing.

2.  Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without

further notice or hearing.

07/13/2026

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE