## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kia Nichele Williams <br>          Debtor | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC <br>          Moving Party <br>     vs. | NO. 25-15018 PMM |
| Kia Nichele Williams <br>          Debtor | |
| Scott F. Waterman <br>          Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this __20th__ day of __July_____, 2026 at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge