United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 25-15018-pmm

Kia Nichele Williams                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 20, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2026:**

**Recip ID                    Recipient Name and Address**
db                        +  Kia Nichele Williams, 519 E 11th Street, Northampton, PA 18067-1742

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2026                           Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2026 at the address(es) listed below:**

**Name                              Email Address**

CHARLES LAPUTKA
                            on behalf of Debtor Kia Nichele Williams ecfnotices@laputkalaw.com
                            jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

Elizabeth Trachtman
                            on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. 200 Eagle Road, Bldg 2, Suite 120 Wayne, PA 19087 ANHSOrlans@InfoEx.com

Elizabeth Trachtman
                            on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A ANHSOrlans@InfoEx.com

GARRETT M. WILSON
                            on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A ANHSOrlans@InfoEx.com

JAMES RANDOLPH WOOD
                            on behalf of Creditor Borough of Northampton jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

MAGGIE S SOBOLESKI

District/off: 0313-4                               User: admin                                        Page 2 of 2

Date Rcvd: Jul 20, 2026                            Form ID: pdf900                                    Total Noticed: 1

    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

MATTHEW K. FISSEL

    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Kia Nichele Williams<br><br>                   Debtor | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC<br>            Moving Party<br>     vs. | NO. 25-15018 PMM |
| Kia Nichele Williams<br><br>                   Debtor | |
| Scott F. Waterman<br><br>                   Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 20th day of July, 2026 at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge