Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Kia Nichele Williams
519 E 11th Street
Northampton, PA 18067

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-15018-PMM**

Petition Filed Date: 12/09/2025
341 Hearing Date: 01/20/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/20/2026 | $485.00 | | 02/17/2026 | $482.00 | | 03/23/2026 | $482.00 | |
| 04/14/2026 | $482.00 | | 06/09/2026 | $565.00 | | 07/02/2026 | $586.00 | |

**Total Receipts for the Period: $3,082.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $3,668.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,835.00 | $0.00 | $3,835.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02P | Priority Crediors | $3,235.87 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 02U | Unsecured Creditors | $1,153.88 | $0.00 | $0.00 |
| 4 | THE BANK OF MISSOURI<br>»» 003 | Unsecured Creditors | $400.69 | $0.00 | $0.00 |
| 5 | NORTHAMPTON BOROUGH<br>»» 004 | Secured Creditors | $2,582.19 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $362.92 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $450.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $1,159.79 | $0.00 | $0.00 |
| 9 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $2,137.21 | $0.00 | $0.00 |
| 10 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $507.76 | $0.00 | $0.00 |
| 11 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $452.81 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP LLC<br>»» 011 | Unsecured Creditors | $229.74 | $0.00 | $0.00 |
| 13 | CITADEL CREDIT UNION<br>»» 012 | Unsecured Creditors | $19,724.65 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-15018-PMM**

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $2,236.58 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $776.44 | $0.00 | $0.00 |
| 16 | PENNYMAC LOAN SERVICES LLC<br>»» 015 | Mortgage Arrears | $7,977.07 | $0.00 | $0.00 |
| 17 | QUANTUM3 GROUP LLC<br>»» 016 | Unsecured Creditors | $499.63 | $0.00 | $0.00 |
| 18 | CAPITAL ONE AUTO FINANCE<br>»» 017 | Secured Creditors | $994.29 | $0.00 | $0.00 |
| 19 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 018 | Unsecured Creditors | $537.29 | $0.00 | $0.00 |
| 20 | MIDLAND CREDIT MANAGEMENT INC<br>»» 019 | Unsecured Creditors | $1,290.08 | $0.00 | $0.00 |
| 21 | MIDLAND CREDIT MANAGEMENT INC<br>»» 020 | Unsecured Creditors | $434.82 | $0.00 | $0.00 |
| 22 | MIDLAND CREDIT MANAGEMENT INC<br>»» 021 | Unsecured Creditors | $1,742.93 | $0.00 | $0.00 |
| 23 | MIDLAND CREDIT MANAGEMENT INC<br>»» 022 | Unsecured Creditors | $746.82 | $0.00 | $0.00 |
| 24 | MIDLAND CREDIT MANAGEMENT INC<br>»» 023 | Unsecured Creditors | $493.37 | $0.00 | $0.00 |
| 25 | MIDLAND CREDIT MANAGEMENT INC<br>»» 024 | Unsecured Creditors | $494.16 | $0.00 | $0.00 |
| 26 | QUANTUM3 GROUP LLC<br>»» 025 | Unsecured Creditors | $1,406.50 | $0.00 | $0.00 |
| 27 | UNITED STATES TREASURY (IRS)<br>»» 26P | Priority Crediors | $11,693.14 | $0.00 | $0.00 |
| 28 | UNITED STATES TREASURY (IRS)<br>»» 26U | Unsecured Creditors | $10,313.85 | $0.00 | $0.00 |
| 29 | LEHIGH VALLEY HEALTH NETWORK<br>»» 027 | Unsecured Creditors | $4,933.27 | $0.00 | $0.00 |
| 30 | MARINER FINANCE LLC<br>»» 028 | Unsecured Creditors | $3,195.60 | $0.00 | $0.00 |
| 31 | LVNV FUNDING LLC<br>»» 029 | Unsecured Creditors | $261.64 | $0.00 | $0.00 |
| 32 | CAVALRY SPV INVESTMENTS LLC<br>»» 030 | Unsecured Creditors | $820.03 | $0.00 | $0.00 |
| 33 | LVNV FUNDING LLC<br>»» 031 | Unsecured Creditors | $749.75 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,668.00 | Current Monthly Payment: | $568.00 |
| Paid to Claims: | $0.00 | Arrearages: | $535.00 |
| Paid to Trustee: | $282.41 | Total Plan Base: | $33,739.00 |
| Funds on Hand: | $3,385.59 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.